**Federal Rules of Appellate Procedure Form 1.**
**Notice of Appeal to a Court of Appeals from a Judgment or Order of a District Court.**

United States District Court for the
Northern District of New York
-------------------------------------------------------

Jeanna Kratzert, Neil Mosher, Jon Karaffa

Plaintiff(s),

v.

Target Corporation

Defendant(s).
-------------------------------------------------------

Notice of Appeal

Case number: 1:25-CV-01171 (AMN/DJS)

Notice is hereby given that Jeanna Kratzert, Neil Mosher, and Jon Karaffa,

the Defendant(s) in the above-named case*, hereby appeal(s) to the United States

Court of Appeals for the Second Circuit from the final Judgment entered in this

action on the 16th day of September, 20 26.

/s/ [signature]

Digitally signed by Hugh Baran
Date: 2026.09.29 20:35:35 -04'00'

Name: Hugh Baran
Attorney for Plaintiffs
Address: 111 Broadway, Suite 1403
New York, NY 10006

[***Note to inmate filers***: *If you are an inmate confined in an institution and you seek the timing benefit of Fed.R.App.P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal*.]

*See Rule 3(c) for permissible ways of identifying appellants.